In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-08-230 CR


 ______________________



ALEXANDER JERVON MCMILLON, Appellant



V.



THE STATE OF TEXAS, Appellees






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 06-12-11847-CR






MEMORANDUM OPINION


 On April 7, 2008, the trial court sentenced Alexander Jervon McMillon on a
conviction for aggravated sexual assault of a child. McMillon filed a notice of appeal on
May 6, 2008. The trial court entered a certification of the defendant's right to appeal in
which the court certified that this is a plea-bargain case and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's
certification to the Court of Appeals.

 On May 13, 2008, we notified the parties that we would dismiss the appeal unless an
amended certification was filed within fifteen days of the date of the notice and made a part
of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been supplemented
with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED. 

 

 DAVID GAULTNEY

 Justice


 


Opinion Delivered June 25, 2008

Do Not Publish


Before Gaultney, Kreger, and Horton, JJ.